**IRS** Department of the Treasury
Internal Revenue Service

401 W PEACHTREE ST, NW
Stop: 334-D
ATLANTA, GA 30308-3539

**Chapter and Case Number:**
11 10-21038-JSD
**Person to Contact:**
GLORIA RAYFORD
**Contact Telephone Number:**
(404) 338-8153
**Employee Fax Number:**
(404) 338-8073
**Employee Identification Number:**
0244733

Date: February 10, 2011

JOHN S. DALIS
U.S. BANKRUPTCY COURT
125 BULL STREET ROOM 212
SAVANNAH, GA 31401

*Claim # 1*
*$200.00*

Debtor: SEA ISLAND APPAREL LLC
Bankruptcy Filed August 10, 2010

This is to certify that the records of the Internal Revenue Service reflect that the taxpayer was not liable for the amount shown on the Proof of Claim filed on behalf of the Internal Revenue Service on 10/20/2010 and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ ANNIE G PIPPIN
Sup Bankruptcy Specialist

ACKNOWLEDGED

cc: SEA ISLAND APPAREL LLC
    ROBERT M CUNNINGHAM



Letter 3931CG (11-2004)
Catalog Number 38952B